**Order entered December 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01060-CV

**LAZO TECHNOLOGIES, INC., ET AL., Appellants**

**V.**

**HEWLETT-PACKARD COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06786-D**

## ORDER

We **GRANT** the December 10, 2014 motion of Walter Steimel, Jr. with the law firm of Loeb & Loeb LLP to withdraw as counsel for appellants. We **DIRECT** the Clerk of this Court to substitute Perry Cockerell with the law firm of Ankerson, Hauder & Bezney, P.C. as counsel for appellants.

We **GRANT** appellants' December 18, 2014 motion for leave to file an amended brief. Appellants shall file an amended brief by **DECEMBER 31, 2014**. Appellees' brief will be due **THIRTY DAYS** after appellants' amended brief is filed.

/s/   ELIZABETH LANG-MIERS
JUSTICE